**UNITED STATES DISTRICT COURT**

Crystal Evans et al, Plaintiff

                            V.        CIVIL ACTION NO. 1:18-cv-12050-MBB

Town of Braintree, Defendant

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

To Judge Bowler

[ ]    The parties reported this case as settled prior to the mediation

**[X]**    **On 12/18/2019 I held the following ADR proceeding:**

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    \_\_X\_\_ MEDIATION _____ SUMMARY BENCH / JURY TRIAL _____ MINI-TRIAL

    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

**[ X ]**    **Continued: A 3rd mediation is scheduled for 1/27/2020.**

[ ]    Parties do not wish to mediate. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

12/19/2019                                        EDWARD F. HARRINGTON, SDJ
DATE                                                 ADR Provider