UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EVANS ET AL,
      PlaintiffS,

V.                                         CIVIL ACTION NO.
                                           1:18-cv-12050-MBB
TOWN OF BRAINTREE,
      Defendant

### SETLEMENT ORDER OF DISMISSAL

**BOWLER, U.S.M.J.**

The Court having been formally advised that the above-titled action has been settled on June 17, 2020 with respect to all parties;

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

                                           BY THE COURT,

                                           /S/ Harold Putnam, Esq.
                                           Deputy Clerk

Dated: 6/21/2018